UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSEPH KELLY DINGLER, #00149118, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>ROCKWALL CO, TX JUDGE )<br>WOODWARD, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br><br>3:22-CV-1239-G-BK |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Objections were filed. The district court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. The court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, except for the following: on page one, line five, "PLAINTIFF" should be replaced with "PETITIONER"; on page one, line 12, "DEFENDANTS" should be replaced with "DEFENDANT"; on page one, line 17, "2021" should be replaced with "2022"; and on page three, line five, "(2007)" should be replaced with "(2007) (citation omitted)".

- 2 -

**SO ORDERED.**

June 24, 2022.

_____
A. JOE FISH
Senior United States District Judge